IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SHAPAT NABAYA, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No. 3:21-cv-2948-K (BT) |
| | § | |
| K. ZOOK, | § | |
| Defendant. | § | |

# ORDER ACCEPTING FINDINGS AND RECOMMENDATION
# OF THE UNITED STATES MAGISTRATE JUDGE

After making an independent review of the pleadings, files and records in this case, and the Findings, Conclusions, and Recommendation of the United States Magistrate Judge dated December 8, 2021. Plaintiff has filed numerous documents as well as objections on December 27, 2021. The District Court reviewed de novo those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding no error, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. the Court finds that the Findings and Recommendation of the Magistrate Judge are correct, and they are accepted as the Findings, Conclusions, and Recommendation of the Court.

Any motions or requests by Plaintiff are hereby DENIED.

**IT IS, THEREFORE, ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are accepted as the findings of the Court.

**SO ORDERED.**

**December 30th, 2021.**

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE