IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SHAPAT NABAYA, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No. 3:21-cv-2948-K (BT) |
| | § | |
| K. ZOOK, | § | |
| Defendant. | § | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION**
**OF THE UNITED STATES MAGISTRATE JUDGE**

After making an independent review of the pleadings, files and records in this case, and the Findings, Conclusions, and Recommendation of the United States Magistrate Judge dated February 7, 2022, the Court finds that the Findings and Recommendation of the Magistrate Judge are correct, and they are accepted as the Findings, Conclusions, and Recommendation of the Court.

**IT IS, THEREFORE, ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are accepted. Plaintiff Nabay's Motion to Correct Judgment Pursuant to Civ. R. 59(e), is DENIED.

**SO ORDERED.**

**Signed March 1st, 2022.**

_Ed Kinkeade_
ED KINKEADE
UNITED STATES DISTRICT JUDGE